IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| HARRISON ALLEN WISENER, <br> CIDNY LEEANN WISENER, HAROLD <br> LOGAN WISENER, and HARRISON <br> ALLEN WISENER & CINDY LEEANN <br> WISENER, AS NATRUAL <br> GUARDIANS AND NEXT FRIENDS <br> OF HMW, MEW, AND MGW, <br><br> PLAINTIFFS, <br><br> v. <br><br> CMH HOMES, INC. d/b/a TRUVALUE <br> HOMES OF ALEXANDRIA, <br> SOUTHERN ENERGY HOMES, INC., <br> d/b/a GILES, <br><br> DEFENDANTS. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * Case No.: 1:21-cv-01075-CLM <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

## JOINT NOTICE OF DISMISSAL

COMES NOW Plaintiffs and Defendants, by and through their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and give notice to the Court that the parties have reached resolution of this matter of all claims and that this action may be dismissed with prejudice, costs taxed as paid.

Respectfully submitted,

/s/ Daniel Weber
Daniel Weber ASB-2846-C13I
Simpson, McMahan, Glick & Burford, PLLC
100 Concourse Pkwy, Suite 310W
Hoover, AL 35244
(205) 876-1628
dsweber@smgblawyers.com

<u>/s/ Christopher W. Weston, Esq.</u>
Christopher W. Weston, Esq. (WES037)
*Attorney at Law*
Johnston, Moore & Weston
Regency Center
400 Meridian Street North, Suite 301
Huntsville, Alabama 35801
Tel: (256) 533-5770
Fax: (256) 533-5890
E-Mail:     christopher@jmmtlawfirm.com

## CERTIFICATE OF SERVICE

  I hereby certify that on October 5, 2023, I presented the foregoing to the Clerk of Court for filing, which may send notification of such filing to the following, if he is registered in the system, and I mailed by first class mail a copy of this document to:

Christopher Weston
Johnston, Moore & Weston
400 Meridian Street North, Suite 301
Huntsville, AL 35801

             /s/ Daniel S. Weber
             Of Counsel