# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **HARRISON ALLEN WISENER, et al.**<br>　　　Plaintiffs,<br><br>v.<br><br>**CMH HOMES INC., et al.**<br>　　　Defendants. | Case No. 1:21-cv-1075-CLM |

## CLERK'S COURT MINUTE ENTRY
## DISMISSAL PURSUANT TO STIPULATION OF PARTIES

　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have jointly stipulated to dismissal of this action with prejudice. (Doc. 35).

　　The parties **SHALL** bear their own costs and fees.

　　This case is **CLOSED**.

**DATED**: October 5, 2023

　　　　　　　　　　　　　　　　　　GREER LYNCH, CLERK

　　　　　　　　　　　　　　　　　　By: */s/* Sarah Hollingsworth

　　　　　　　　　　　　　　　　　　　　　Deputy Clerk